Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 19–13356–KCF
                    Chapter: 13
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela Parodi
   fka Angela Revenidis
   162 Maddock Ave
   Trenton, NJ 08610

Social Security No.:
   xxx–xx–9694

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on May 20, 2019 in the amount of $ 50.00 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 6/4/19 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 6/4/19.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Kathryn C. Ferguson on

Date: June 12, 2019
Time: 2:00 pm
Location: Courtroom 2
 Address:   Clarkson S. Fisher Courthouse
             402 East State Street
             Trenton, NJ 08608–1507

Dated: May 21, 2019
JAN: ghm

<u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge