| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>AUG 1 5 2019<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY _____ DEPUTY |
| Caption in Compliance with D.N.J. LBR 9004-1( b)<br><br>Rebecca A. Solarz, Esquire<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC as servicer for<br>MTGLQ Investors, L.P. | Case No:    19-13356 KCF<br><br>Chapter: 13 |
| In Re:<br>   Parodi, Angela fka Angela Revenidis<br>           DEBTOR<br>   Panagiotis Revenidis<br><br>           CO-DEBTOR(S | Hearing Date: August 14, 2019 at 9:00 A.M.<br>Judge: Kathryn C. Ferguson |

## ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

_____
MICHAEL B- KAPLAN, USBJ

8/15/2019

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for MTGLQ Investors, L.P.</u>, under
Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☒ Real Property More Fully Described as: ✱

    **Land and premises commonly known as Lot 21 and 22, Block 2428,    162 Maddock Avenue, Trenton NJ 08610**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

✱ *No Sheriff's sale may occur prior to sixty days (60) from this Order* (MBK)

*rev. 7/12/16*

2