Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–13356–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Angela Parodi
  fka Angela Revenidis
  162 Maddock Ave
  Trenton, NJ 08610

Social Security No.:
  xxx–xx–9694

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/15/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 16, 2019
JAN: bwj

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13356-MBK
Angela Parodi                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Aug 16, 2019
                             Form ID: 148             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
db           +Angela Parodi,   162 Maddock Ave,    Trenton, NJ 08610-3514
518035310    +B&B Collections,   POB 2137,   Toms River, NJ 08754-2137
518132151    +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
518035311    +Capital Health - Hopewell,   POB 785831,   Philadelphia, PA 19178-5831
518035312    +Capital Health Adv Imaging,   POB 371863,   Pittsburgh, PA 15250-7863
518035314    +Chambers emer Assoc,   66 W. Gilbert Steet 2nd Fl,   Red Bank, NJ 07701-4947
518035317    +EMA CHS,   POB 5333,   Parsippany, NJ 07054-6333
518035318    +GSRNLLC,   28077 Network Pl,   Chicago, IL 60673-1280
518035319    +Kennedy Med Grp,   POB 95000,   CN 4570,   Philadelphia, PA 19195-0001
518209859    +MTGLQ Investors, L.P.,   c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
518035324    +PSE&G,   Attn Bankruptcy,   POB 1444,   New Brunswick, NJ 08903-1444
518035322    +Pluese Becker & Saltzman,   20000 Horizon Way, Suite 900,   Mount Laurel, NJ 08054-4318
518035325    +Radiology Affill of Central NJ PC,   POB 787512,   Philadelphia, PA 19178-7512
518035326    +Remex Inc,   re:,   307 Wall St,   Princeton, NJ 08540-1515
518035327   ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Seterus,   14523 SW Millikan Way Ste 200,   Beaverton, OR 97005)
518035328    +Specialized Loan Servicing,   8742 Lucent Blvd, Ste 300,   Littleton, CO 80129-2386
518035329    +St Francis,   POB 824672,   Philadelphia, PA 19182-4672
518035330    +Trenton Water Works,   319 East State St., Rm 113,   Trenton, NJ 08608-1809
518386094    +Trenton Water Works,   City of Trenton,   319 East State St., Room 113,
               Trenton, NJ 08608-1809
518035332    +Vivint Solar,   POB 4589,   Portland, OR 97208-4589
518035333    +Wakefield & Assoc,   re: Chambers Emer,   POB 50250,   Knoxville, TN 37950-0250
518035334     Waypoint resource,   301 Sundance Prkwy Round,   Round Rock, TX 78681

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2019 23:15:03     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2019 23:15:02     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518200333     EDI: RESURGENT.COM Aug 17 2019 03:08:00     Ashley Funding Services, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518035313    +E-mail/Text: bankruptcy@certifiedcollection.com Aug 16 2019 23:15:00
               Certified Credit & Coll,   re: Cap Health,   POB 1750,   Whitehouse Station, NJ 08889-1750
518035315    +EDI: COMCASTCBLCENT Aug 17 2019 03:08:00     Comcast,   POB 3006,   Southeastern, PA 19398-3006
518035316    +EDI: CONVERGENT.COM Aug 17 2019 03:08:00     Convergent Outsourcing,   re: Viking,   POB 9004,
               Renton, WA 98057-9004
518035320    +E-mail/Text: Bankruptcies@nragroup.com Aug 16 2019 23:15:20     National Recovery Agency,
               POB 67015,   Harrisburg, PA 17106-7015
518035321    +E-mail/Text: bankruptcy@onlineis.com Aug 16 2019 23:15:13     Online Collections,   POB 1489,
               Winterville, NC 28590-1489
518197918    +E-mail/Text: bankruptcy@pseg.com Aug 16 2019 23:14:46     PSE&G,   Attn: Bankruptcy Dept.,
               PO Box 490,   Cranford NJ 07016-0490
518035331    +EDI: VERIZONCOMB.COM Aug 17 2019 03:08:00     Verizon,   500 Technology Dr, Ste 300,
               Saint Charles, MO 63304-2225
518193655    +EDI: AIS.COM Aug 17 2019 03:08:00     Verizon,   by American InfoSource as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518035323    +E-mail/Text: bankruptcy@pseg.com Aug 16 2019 23:14:46     pse&g,   Credit and Collection Center,
               POB 490,   Cranford, NJ 07016-0490
                                                                               TOTAL: 12


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin          Page 2 of 2          Date Rcvd: Aug 16, 2019
                             Form ID: 148          Total Noticed: 34
```

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   MTGLQ INVESTORS, L.P. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Peter E. Zimnis    on behalf of Debtor Angela  Parodi njbankruptcylaw@aol.com
          Rebecca Ann Solarz    on behalf of Creditor   MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 6
```